UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEARNE, | No. 2:20-cv-0557 DB P |
| Plaintiff, | |
| v. | ORDER |
| ALEX FARHAT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims he was purposely transferred to a prison where he had documented enemies where he was attacked and injured.

By order dated September 18, 2020, the court screened plaintiff's first amended complaint. (ECF No. 20.) The court found that plaintiff stated a potentially cognizable Eighth Amendment claim against defendants Chavez, Frazier, Farhat, Clough, Gonzales, and Morales as well as a First Amendment Claim against defendants Chavez and Frazier. The court also found that complaint did not contain any additional cognizable claims. Plaintiff was given the option to proceed with the complaint as screened or to file an amended complaint. Plaintiff has informed the court that he wishes to amend the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's September 18, 2020 screening order (ECF

1

1 | No. 20), the Federal Rules of Civil Procedure, and the Local Rules of Practice.

2. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: October 5, 2020

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/hear0557.am.compl