UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEARNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEX FARHAT, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0557 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims he was purposely transferred to a prison where he had documented enemies where he was attacked and injured. Presently before the court is defendant Clough's request for a thirty-day extension of time to file a responsive pleading. Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Clough's motion for an extension of time (ECF No. 55) is granted; and
2. The deadline for defendant Clough to file a responsive pleading is extended to June 14, 2021.

Dated: May 14, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/hear0557.eot(ans)

1