1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHN HEARNE, | No. 2:20-cv-0557 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| ALEX FARHAT, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims he was purposely transferred to a prison where he had documented enemies where he was attacked and injured. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 4, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 70.) Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 4, 2021, are adopted in full;

2. Defendant's motion to revoke plaintiff's IFP status (ECF No. 62) is granted;

3. Plaintiff's motion to withdraw his IFP motion (ECF No. 67) is granted; and

4. Plaintiff is ordered to pay the filing fee for this action ($402.00) in full within thirty days of the date of service of this order.  Failure to pay the filing fee will result in dismissal of this action.

Dated:  October 14, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE