UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEARNE, | No. 2:20-cv-0557 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| ALEX FARHAT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims he was purposely transferred to a prison where he had documented enemies where he was attacked and injured. For the reasons set forth below, the court will direct defendants to re-serve their motion for summary judgment on plaintiff.

On July 22, 2022, defendants filed a declaration in lieu of a reply because plaintiff has not filed an opposition to their motion for summary judgment. (ECF No. 82.) Therein, defendants state that under the Local Rules the time for filing an opposition expired on July 20, 2022. Defendants request that their motion for summary judgment should be deemed submitted based on plaintiff's failure to file an opposition.

It appears that plaintiff has been transferred and has not updated his address as required by Local Rule 183(b).[1] Defendants' summary judgment motion was properly served on plaintiff at

---

[1] The California Department of Corrections and Rehabilitation's (CDCR) inmate locator system located at http://inmatelocator.cdcr.ca.gov reflects that plaintiff is presently housed at California

1

his address of record.  (ECF No. 80-6 at 8.)  However, in light of plaintiff's pro se status the court will direct defendants to re-serve the motion for summary judgment (ECF No. 80) and motion for stay (ECF No. 81).  Because it appears that plaintiff may have not been served, the court declines defendants' request to deem their motion submitted unopposed at this time.  The court will give plaintiff an opportunity to respond to defendants' motion for stay and motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall re-serve the motion for summary judgment (ECF No. 80) and motion for stay (ECF No. 81) on plaintiff at the address listed on CDCR's inmate locator within seven (7) days of the date of service of this order; and

2. Plaintiff shall file a notice of change of address within thirty days of service of this order.

Dated:  July 26, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/hear0557.msj.var

---

State Prison, Los Angeles County.  The court may take judicial notice of information stored on the CDCR inmate locator website.  See In re Yahoo Mail Litig., 7 F. Supp. 3d 1016, 1024 (N.D. Cal. 2014) (a court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); Louis v. McCormick & Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).