UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDREW HEARNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. CHAVEZ, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0557 DAD DB P<br><br><br>ORDER |

　　　　Plaintiff has requested a second extension of time to file and serve an opposition to defendants' May 27, 2022, motion for summary judgment pursuant to the court's order of August 4, 2022. Plaintiff did not specify how much time he is requesting. In any future requests for additional time plaintiff should indicate the reason additional time is necessary and how much time he is requesting. Good cause appearing, this request will be granted.

////

////

////

////

////

////

////

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Plaintiff's motion for an extension of time (ECF No. 91) is granted; and

3   2. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition. No further extension of time will be granted for this purpose. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: September 28, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hear0557.36sec.opp