UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDREW HEARNE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CHAVEZ, et al.,<br><br>    Defendants. | No. 2:20-cv-0557 DAD DB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims he was purposely transferred to a prison where he had documented enemies and as a result he was attacked and injured.

Defendants filed a motion for summary judgment on May 27, 2022. (ECF No. 80.) By order dated July 26, 2022, defendants were directed to re-serve their motion for summary judgment on plaintiff. (ECF No. 83.) Thereafter, plaintiff sought and obtained two extensions of time to file an opposition to the summary judgment motion. (ECF Nos. 86, 87, 91, 92.) The second extension of time has expired, and plaintiff has not filed an opposition or requested additional time to file an opposition. Plaintiff is advised that failure to file an opposition to defendants' summary judgment motion may result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders. See Local Rule 110; Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of service of this order plaintiff shall either file an opposition to defendants' summary judgment motion or show cause in writing why this action should not be dismissed.

Dated: December 3, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hear0557.msj.oppo