UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEARNE,<br><br>            Plaintiff,<br><br>     v.<br><br>ALEX FARHAT, et al.,<br><br>            Defendants. | No. 2:20-cv-0557 DAD DB P<br><br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Presently before the court is plaintiff's motion for an extension of time to file objections to the January 23, 2023, findings and recommendations.  (ECF No. 101.)  Before the undersigned had the opportunity to address the motion for an extension of time, plaintiff filed objections.  Because plaintiff has already filed objections, the undersigned will deny the motion for additional time as moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 101) is denied as moot.

Dated: March 7, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hear0557.36eot(2)

1